Motion Granted;
Appeal Reversed and Remanded and
Memorandum Opinion filed November 18, 2010.

 

 

                        

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00246-CV

____________

 

RACHAEL WILSON, Appellant

 

V.

 

JUDGE JOEL CLOUSER, SR. AND CONSTABLE RUBEN DAVIS,
Appellees

 

 



On Appeal from County Court at Law No. 1

Fort Bend County, Texas

Trial Court Cause No. 10-CCV-041435

 

 

 



M E M O R
A N D U M   O P I N I O N

This is an appeal from a
judgment signed March 18, 2010.

            On October 20, 2010, the parties filed a joint motion to
reverse the judgment and remand the cause to the trial court.  See Tex. R. App. P. 42.1.  The motion is
granted.

            Accordingly, the judgment is reversed and the cause remanded
to the trial court.

                                                                                    PER
CURIAM

Panel consists of Justices
Seymore, Boyce and Christopher.